**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-CV-62650-JAL

**SREAM, INC.**,

**Plaintiff,**

**v.**

**SKY FOOD STORE, INC.**,

**Defendant.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matthew Sean Tucker, Esquire of law firm Tucker IP hereby files this Limited Notice of Appearance as counsel of record for Defendant SKY FOOD STORE, INC., for purposes of effectuating the settlement of this matter and direct that all future pleading and correspondence be directed to the undersigned.

Dated: December 20, 2016

Respectfully submitted,

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
**Tucker IP**
110 SE 6TH Street, Suite 1709
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
mtucker@TuckeripLaw.com
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**
Jamie A. Sasson, Esq.
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33341
Jsasson@legalbrains.com