**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 16-CV-62650-JAL

**SREAM, INC.**,

**Plaintiff,**

**v.**

**SKY FOOD STORE, INC.**,

**Defendant.**

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

Defendant, SKY FOOD STORE, INC. ("SKY FOOD"), by and through undersigned counsel, hereby moves for an extension of time to respond to Plaintiff, SREAM, INC.'s, Complaint, and in support states as follows:

1. Plaintiff served its Complaint on Defendant on or about November 16, 2016.

2. Defendant requested and was granted an extension of time until December 20, 2016 to file a responsive pleading.

3. Upon information and belief, Defendants are on the cusp of resolving this matter.

4. Additionally, the undersigned was just retained by Defendants on December 20, 2016, the day which a response is otherwise due. Thus, counsel for Defendant would need additional time to familiarize himself with the matter.

5. In the interest of judicial economy, Defendant requests an additional fifteen (15) days extension of time to file a responsive pleading so that the parties have time to finalize this matter, particularly in light of the upcoming holidays.

**I HEREBY CERTIFY**, in accordance with Local Rule 7.1, that counsel for Defendant spoke with Plaintiff's counsel and that Plaintiff does not oppose the extension of time.

**WHEREFORE**, Defendant SKY FOOD requests this Court extend the time within which to file a responsive pleading until January 4, 2017 and to grant such other relief as this Court deems just and proper.

Respectfully submitted,

Dated: December 20, 2016

By: s/Matthew Sean Tucker
Matthew Sean Tucker
Florida Bar No. 90047
**Tucker IP**
110 SE 6TH Street, Suite 1709
Fort Lauderdale, FL 33301
Telephone: (954) 204-0444
Facsimile: (954) 358-4946
mtucker@TuckeripLaw.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: s/Matthew Sean Tucker

**Service List:**
Jamie A. Sasson, Esq.
The Ticktin Law Group
270 SW Natura Avenue
Deerfield Beach, FL 33341
Jsasson@legalbrains.com