IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 0:16-cv-62650

SREAM, INC., a California Corporation,

   Plaintiff,

v.

SKY FOOD STORE, INC., a Florida
Corporation,

   Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANTS,
SKY FOOD STORE, INC, a FLORIDA CORPORATION, WITH PREJUDICE**

  The Plaintiff, SREAM, INC., a California Corporation, by and through its undersigned counsel, hereby voluntarily dismisses the Defendant, SKY FOOD STORE, INC, a Florida Corporation, from this case with prejudice pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P. The terms and conditions of the settlement agreement are strictly confidential as agreed by the parties, and as such, no terms of the settlement agreement shall be disclosed.

Dated: April 24, 2017        Respectfully submitted,

                /s/ Jamie Alan Sasson_____
               Jamie Alan Sasson
               Florida Bar No.: 10802
               Serv513@LegalBrains.com
               **THE TICKTIN LAW GROUP, PLLC.**
               270 SW Natura Avenue
               Deerfield Beach, Florida 33441-1610
               Telephone: (954) 570-6757
               Facsimile: (954) 570-6760

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 24th day of April 2017, with the Clerk of Court using CM/ECF, which will send a notice of electronic filing to all Parties listed on the Service List.

/s/ Jamie Alan Sasson
Jamie Alan Sasson

## SERVICE LIST

Sky Food Store, Inc.
R/A Uma Singh
2960 Taft Street
Hollywood, Florida 33020